UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK J. FRAME, | ) |
| | ) Case No. C08-0933-JCC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner, | ) ORDER DISMISSING CASE |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court has carefully considered Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record. Plaintiff has not filed a timely objection to the Report and Recommendation. The Court does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED, and this case is DISMISSED with prejudice.

(3) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 1st day of May, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE